**Motion Granted in Part; Abatement Order filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00251-CV

_____

### FOXLEY ARCHITECTURE, INC., Appellant

### V.

### HELENA FCP, L.L.C., HHT-FCP LIMITED 4 AND FCP MANAGEMENT COMPANY, L.L.C., Appellees

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-25749**

---

## A B A T E M E N T   O R D E R

This is an appeal from a judgment signed November 9, 2011. It appears from the record that the judgment is not final.

The Texas Supreme Court has advised that if an appellate court is uncertain about the intent of an order to finally dispose of all claims and parties, it can abate the appeal to permit clarification by the trial court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). Texas Rule of Appellate Procedure 27.2 provides as follows:

The appellate court may allow an appealed order that is not final to be

modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record.

Tex. R. App. P. 27.2.

On May 14, 2012, appellant filed a motion to abate the case to determine finality. Accordingly, we order the case abated and remanded to the trial court for a period of thirty days so that the trial court may clarify whether the summary judgments are final and to permit the parties to obtain a severance order, if necessary. A supplemental clerk's record containing the trial court's clarifying order(s) shall be filed with the clerk of this court **within 45 days** of the date of this order**.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.


PER CURIAM